IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CORDERO AVERY GOODWIN,** | : | CIVIL ACTION |
| | : | |
| *Plaintiff*, | : | |
| v. | : | |
| | : | |
| | : | |
| **DAVID KOPE,** | : | NO. 13-1290 |
| | : | |
| *Defendant*. | : | |

## ORDER

**AND NOW**, this 1st day of June, 2016, in consideration of Defendant David Kope's Memorandum of Law in Support of Summary Judgment with supporting exhibits (Doc. No. 38), and upon further consideration of the Court's July 1, 2015 Order directing Mr. Goodwin to respond to the defendant's motion by July 20, 2015 (Doc. No. 39) and the Court's subsequent October 1, 2015 Order directing Mr. Goodwin to respond to the defendant's motion by October 21, 2015 (Doc. No. 42), it is hereby **ORDERED** that Mr. Kope's Summary Judgment Motion is **GRANTED** and all claims against Mr. Kope are **DISMISSED** for the reasons outlined in the accompanying memorandum.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE